


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:17-cr-6 DCB-LRA

TAMMY BARNES  18 U.S.C. § 1708

**The Grand Jury charges:**

At all times relevant to this Indictment:

Tammy Barnes was a relief Highway Contract Route (HCR) Driver hired to transport United States mail from Jackson, Mississippi, for delivery to local U.S. Post Offices in the Mississippi towns of Port Gibson, Lorman, Fayette, Union Church, Washington, and Natchez.

COUNT 1

That on or about March 13, 2016, in Jefferson County in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **TAMMY BARNES**, did knowingly secrete and embezzle mail matter, to-wit: stamp stock belonging to the U.S. Postal Service, obtained from the U.S. Post Office located at 401 E. South Street, Jackson, MS, in violation of Section 1708, Title 18, United States Code.

COUNTS 2-10

That on or about the dates listed below, in Jefferson County in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **TAMMY BARNES**, did knowingly secrete and embezzle mail matter obtained from the U.S. Post Office at 401 E. South Street, Jackson, Mississippi, to wit: a package addressed for delivery as follows:

1

| COUNT | DATE | PERSON | ADDRESS |
|---|---|---|---|
| 2 | 12/30/2015 | Q.C. | Natchez, MS |
| 3 | 05/02/2016 | A.R. | Lorman, MS |
| 4 | 05/26/2016 | A.W. | Port Gibson, MS |
| 5 | 06/06/2016 | J.F. | Natchez, MS |
| 6 | 06/13/2016 | M.S. | Natchez, MS |
| 7 | 06/16/2016 | B.W. | Port Gibson, MS |
| 8 | 06/17/2016 | J.S. | Port Gibson, MS |
| 9 | 06/17/2016 | R.N. | Lorman, MS |
| 10 | 06/17/2016 | R.J. | Port Gibson, MS |

All in violation of Section 1708, Title 18, United States Code.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent

3

of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C), Title 18, United States Code, and Section 2461, Title 28, United States Code.

*[signature]* for
HAROLD BRITTAIN
Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21st day of June, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

3